Submitted November 7, reversed December 10, 2008

In the Matter of K. F.,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## K. F.,
*Appellant.*

Jackson County Circuit Court
08339MC; A139357

197 P3d 627

Charles Kochlacs filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Inge D. Wells, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that there is insufficient evidence that she was a danger to herself or others because of a mental disorder. The state concedes that the record lacks sufficient evidence to support the order of commitment. On *de novo* review, we agree and reverse.

Reversed.